```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

|  |  |
|---|---|
| JO-ANNA LYNN MARTIN, : | |
| : | Civil Action No. |
| Plaintiff, : | 10-2053 (RMB/AMD) |
| : | |
| v. : | |
| : | **ORDER** |
| WAL-MART STORES, INC., et al., : | |
| : | |
| Defendants. : | |

THIS MATTER coming before the Court upon its own motion; and

THE COURT having reviewed the Notice of Removal, the Complaint, and all documents filed therewith; and

FOR THE REASONS set forth in the accompanying Opinion,

IT IS on this, the **30th** day of **April** **2010**, hereby

**ORDERED** that this case shall be **REMANDED** to the Superior Court of New Jersey, Camden County; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this file.

                                              s/Renée Marie Bumb
                                              RENÉE MARIE BUMB
                                              United States District Judge